**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case Nos. 1:20-cv-21107-RNS and 1:20-cv-21685-JEM
(Judge Scola and Magistrate Judge Torres)

| | |
|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-21107-RNS |
| Plaintiff, | |
| vs. | |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, | |
| Defendants. | |
| ANGEL BANUELOS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-21685-JEM |
| Plaintiff, | |
| vs. | |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, | |
| Defendants. | |

**HERMAN TUMURCUOGLU'S MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Proposed Lead Plaintiff Herman Tumurcuoglu ("Movant"), by his counsel, hereby moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order (attached hereto): (i) consolidating the above-captioned actions (the "Related Actions"); (ii) appointing Movant as Lead Plaintiff;

1

(iii) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") to serve as Lead Counsel for the putative Class and the law firm of Cullin O'Brien Law, P.A. ("Cullin O'Brien") to serve as Liaison Counsel; and (iv) granting such other relief as the Court may deem just and proper. This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Cullin O'Brien filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

### COMPLIANCE WITH CIVIL LOCAL RULE 7.1(a)(3)

The PSLRA provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in Local Rule 7.1(a)(3), and respectfully requests that the conference requirement of Local Rule 7.1(a)(3), be waived for this motion. Pursuant to §78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movant as lead plaintiff. See *Hill v. Accentia Biopharmaceuticals*, Inc., No. 8:13-cv-1945-T-23EAJ, 2013 U.S. Dist. LEXIS 170982, at *3-5 (M.D. Fla. Dec. 4, 2013).

Dated:  May 11, 2020

Respectfully submitted,

*/s/ Cullin O'Brien*
Cullin O'Brien
Florida Bar No. 0597341
CULLIN O'BRIEN LAW, P.A.
6541 NE 21st Way
Fort Lauderdale, Florida 33308

2

Tel: (561) 676-6370
Fax: (561) 320-0285
E-mail: cullin@cullinobrienlaw.com

*Proposed Liaison Counsel for Movant and the
Class*

Shannon L. Hopkins (*pro hac vice* forthcoming)
LEVI & KORSINSKY, LLP
1111 Summer Street, Suite 403
Stamford, CT 06901
Tel: 203-992-4523
Fax: 212-363-7171
Email: shopkins@zlk.com


*Proposed Counsel for Movant and the Class*

3

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on May 11, 2020, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF.

*/s/ Cullin O'Brien*
Cullin O'Brien

4