**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case Nos. 1:20-cv-21107-RNS and 1:20-cv-21685-JEM
(Judge Scola and Magistrate Judge Torres)

| | |
|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>Defendants. | Case No. 1:20-cv-21107-RNS |
| ANGEL BANUELOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>Defendants. | Case No. 1:20-cv-21685-JEM |

**DECLARATION OF CULLIN O'BRIEN IN SUPPORT OF MOTION OF HERMAN TUMURCUOGLU FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Cullin O'Brien, declare that:

1.      I am the owner of the law firm Cullin O'Brien Law, P.A.., proposed liaison counsel for Herman Tumurcuoglu ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned actions.

2.      Attached hereto as **Exhibit A** is a PSLRA certification signed by Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing

Movant's losses.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the PSLRA notice filed

in the first in the first filed action entitled *Douglas v. Norwegian Cruise Lines, et al.,* Case No.

1:20-cv-21107-RNS (S.D. Fla. Mar. 12, 2020).

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi

& Korsinsky, LLP

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Cullin

O'Brien Law, P.A..

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.


Dated: May 11, 2020

                                        /s/ *Cullin O'Brien*
                                        Cullin O'Brien

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on May 11, 2020, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF.

/s/ *Cullin O'Brien*
Cullin O'Brien
