# EXHIBIT B

| | |
|---|---|
| **Client Name** | Herman Tumurcuoglu |
| **Company Name** | Norwegian Cruise Line Holdings Ltd. |
| **Ticker Symbol** | NCLH |
| **Security Type** | |
| **Class Period Start** | 02-20-2020 |
| **Class Period End** | 03-12-2020 |
| **90-DAY Lookback Period Start** | 03-13-2020 |
| **90-DAY Lookback Period End** | 05-11-2020 |
| **90-DAY Lookback Average** | $ 11.66 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $13,393.81 |
| *DURA LIFO\* Total* | $13,393.81 |
| Gross Shares Purchased | 2,300.00 |
| Net Shares Retained | 2,300.00 |
| Net Funds Expended | $45,290.00 |

### Herman Tumurcuoglu

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 03-05-2020 | 500 | $29.50 | $ 14,750.00 | 04-09-2020 | | 500 | $ 13.89 | | $ 6,945.00 | 500 | - | $ 11.66 | | $ 7,805.00 | $ 7,805.00 |
| 03-09-2020 | 55 | $22.00 | $ 1,210.00 | 04-09-2020 | | 55 | $ 13.89 | | $ 761.89 | 55 | - | $ 11.66 | | $ 448.11 | $ 448.11 |
| 03-09-2020 | 445 | $22.00 | $ 9,790.00 | 04-09-2020 | | 445 | $ 13.89 | | $ 6,181.05 | 445 | - | $ 11.66 | | $ 3,608.95 | $ 3,608.95 |
| 03-09-2020 | 500 | $19.80 | $ 9,900.00 | 04-09-2020 | | 500 | $ 13.85 | | $ 6,926.25 | 500 | - | $ 11.66 | | $ 2,973.75 | $ 2,973.75 |
| 03-11-2020 | 300 | $15.30 | $ 4,590.00 | 04-09-2020 | | 300 | $ 13.85 | | $ 4,155.75 | 300 | - | $ 11.66 | | $ 434.25 | $ 434.25 |
| 03-12-2020 | 500 | $10.10 | $ 5,050.00 | 04-09-2020 | | 500 | $ 13.85 | | $ 6,926.25 | 500 | - | $ 11.66 | | -$ 1,876.25 | -$ 1,876.25 |
| **Total:** | **2,300.00** | | **$ 45,290.00** | | | **2300** | | | **$31,896.19** | **2,300.00** | | | | **$ 13,393.81** | **$ 13,393.81** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.