**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ERIC DOUGLAS, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>       Defendants | Case No. 1:20-cv-21107-RNS<br><br>**[PROPOSED] ORDER** |
| ANGEL BANUELOS, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>       Defendants | Case No. 1:20-cv-21685-JEM |

Having considered the motion of Richard Myint for consolidation of related actions, appointment as lead plaintiff and approval of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Norwegian Cruise Securities Litigation*, Master File No. 1:20-cv-21107

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Richard Myint as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class and Desmond Law Firm, P.C. as Liaison Counsel for the Class.

       **SO ORDERED.**

Dated: _____, 2020

_____
HON. ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

1