## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ERIC DOUGLAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, <br><br> Defendants | Case No. 1:20-cv-21107-RNS <br><br> **DECLARATION OF LEO W. DESMOND IN SUPPORT OF MOTION OF RICHARD MYINT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| ANGEL BANUELOS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, <br><br> Defendants | Case No. 1:20-cv-21685-JEM |

I, Leo W. Desmond, hereby declare as follows:

1.      I am an attorney with Desmond Law Firm, P.C. ("Desmond"), counsel on behalf of Richard Myint ("Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Movant's motion for consolidation of related actions, appointment as Lead Plaintiff for the Class, and approval of his selection of Glancy Prongay & Murray LLP ("GPM") as Lead Counsel and Desmond Law Firm, P.C. ("Desmond Law") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Press release published March 12, 2020 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:      PSLRA Certification of Movant;

Exhibit C:      Table of Movant's calculated losses, as a result of transactions in Norwegian Cruise Line Holdings Ltd. securities;

Exhibit D:      Firm resume of GPM; and

Exhibit E:      Firm resume of Desmond Law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 11, 2020, at Vero Beach, Florida.

*/s/ Leo W. Desmond*
Leo W. Desmond

1

## <u>CERTIFICATE OF SERVICE</u>

I, Leo W. Desmond, hereby certify that on May 11, 2020, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond
