# EXHIBIT C

## Loss Chart

| | |
|---|---|
| **Company Name:** | Norwegian Cruise Line Holdings Ltd |
| **Ticker:** | NCLH |
| **Class Period:** | February 20, 2020 to March 12, 2020 |
| **Name:** | Richard Myint |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/25/2020 | 2,398 | $40.5150 | -$97,154.8609 | | $0.0000 | -$97,154.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **2,398** | | | | **Subtotal:** | **-$97,154.86** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $27,958.28 |
| | | | $11.6590 | 2,398 | **Total:** | **-$69,196.58** |

*Using the average closing price between March 13, 2020 and May 8, 2020.