UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21107-Civ-SCOLA
(Consolidated with No. 20-21386)

| | | |
|---|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NORWEGIAN CRUISE LINES, et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

**DECLARATION OF SABRINA E. TIRABASSI IN SUPPORT OF
MOTION OF EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 PENSION TRUST
FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Sabrina E. Tirabassi declares, under penalty of perjury:

1.      I am an attorney with Robbins Geller Rudman & Dowd LLP, proposed Lead Counsel for Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund (the "Pension Trust Fund").  I submit this Declaration in support of the Pension Trust Fund's motion for consolidation of related actions, appointment as lead plaintiff and approval of selection of counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the signed Certification stating, *inter alia*, that it is willing to serve as the representative party on behalf of the class.

3.      Attached hereto as Exhibit B is a true and accurate copy of a loss chart, prepared by counsel, presenting the Pension Trust Fund's estimated losses in connection with its transactions in Norwegian Cruise Line Holdings Ltd.

4.      Attached hereto as Exhibit C is a true and accurate copy of the notice published by the plaintiff in the first-filed Douglas action on *Business Wire*, a national, business-oriented newswire service, on March 12, 2020.

 Dated: May 11, 2020

*s/ Sabrina E. Tirabassi*
SABRINA E. TIRABASSI
(Florida Bar No. 0025521)

- 1 -

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Sabrina E. Tirabassi*

SABRINA E. TIRABASSI
(Florida Bar No. 0025521)