# EXHIBIT B

Movant's Purchases and Losses

Class Period: 02/20/2020 - 03/12/2020

Norwegian Cruise Line Holdings Ltd.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Employer-Teamsters Local Nos. 175 & 505** | | | | | | | | | |
| **Pension Trust Fund** | 03/04/2020 | 4,470 | $32.88 | $146,986.56 | held | 6,900 | $11.66 | $80,447.10 | |
| | 03/06/2020 | 2,430 | $28.62 | $69,534.94 | | | | | |
| **Movant's Total** | | **6,900** | | **$216,521.50** | | **6,900** | | **$80,447.10** | **($136,074.40)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $11.66 as of May 08, 2020 for common stock.

Prices listed are rounded up to two decimal places.