UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21107-SCOLA

| | |
|---|---|
| ERIC DOUGLAS, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CLASS ACTION |

Case No. 1:20-cv-21685-MARTINEZ

| | |
|---|---|
| ANGEL BANUELOS, Individually and On Behalf of All Others Similarly Situated,<br>                    Plaintiffs,<br>         vs.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CLASS ACTION |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING DAT. N. LE AS LEAD PLAINTIFF, AND APPROVING HIS SELECTION OF LEAD <u>COUNSEL</u>**

WHEREAS, the Court has considered the Motion of Dat N. Le ("Mr. Le" or "Movant") to Consolidate Related Actions, Appoint Dat N. Le as Lead Plaintiff, and Approve Proposed Lead Plaintiff's Choice of Counsel, and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

**I.      CONSOLIDATION**

1.      The above-captioned actions are hereby consolidated for all purposes into one action pursuant to Federal Rule of Civil Procedure 42(a) and §78u-4(a)(3)(B)(ii) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      These actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in, transferred, or removed to this Court that relates to the same subject matter as in the Consolidated Action.

3.      Every pleading in this Consolidated Action shall bear the following caption:

| | |
|---|---|
| IN RE NORWEGIAN CRUISE LINE HOLDINGS LTD. SECURITIES LITIGATION | Case No. 1:20-cv-21107-SCOLA |

4.      When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:."  When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

5.      This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing of or transfer of any case which might properly be consolidated as part of this Consolidated Action.

## II.    MASTER DOCKET AND MASTER FILE

6.    A Master Docket and Master File shall be established for the Consolidated Action.  The Master File shall be No. 1:20-cv-21107-SCOLA.  All orders, pleadings, motions, and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion, or document filed with a caption indicating that it is applicable to fewer than all of the cases in the Consolidated Action, the Clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

## III.    NEWLY-FILED OR TRANSFERRED ACTIONS

7.    When a case that arises out of the subject matter of this Consolidated Action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

    a)   File a copy of this Order in the separate file for such action;

    b)   Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

    c)   Make the appropriate entry in the Master Docket for this Consolidated Action.

8.    Each new case that arises out of the subject matter of this Consolidated Action that is filed in this Court or transferred to this Court shall be consolidated with this Consolidated Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of

this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

## IV.   APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

9.   Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints Dat N. Le ("Mr. Le" or "Movant") as Lead Plaintiff.  Mr. Le satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the PSLRA.  Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained the law firm of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel and George Gesten McDonald, PLLC ("GGM") as Liaison Counsel in this Consolidated Action.  The Court hereby approves Mr. Le's selection of KSF as Lead Counsel and GGM as Liaison Counsel for the proposed class.

10.   Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

a) coordinate the briefing and argument of motions;

b) coordinate the conduct of discovery proceedings;

c) coordinate the examination of witnesses at depositions;

d) coordinate the sections of counsel to act as a spokesman at pretrial conferences;

e) call meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

f) coordinate all settlement negotiations with counsel for defendants;

g) coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and delegate work responsibilities to selected counsel as may be required; and

h) supervise any other matters concerning the prosecution, resolution, or settlement of the Consolidated Action.

11. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations in the Consolidated Action shall be conducted without approval of Lead Counsel.

12. Counsel in any related action that is consolidated with the Consolidated Action shall be bound by this organization of plaintiffs' counsel.

13. Lead Counsel shall have the responsibility for receiving and disseminating Court orders and notices.

14. Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

15. Defendants shall affect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail, electronic mail, hand delivery, or via the Court's ECF system.  Plaintiffs shall affect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail, electronic mail, hand delivery, or via the Court's ECF system.

**IT IS SO ORDERED**.

DATED: _____        _____

THE HONORABLE ROBERT N. SCOLA JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA