**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-21107-CIV-SCOLA/TORRES**

| | |
|---|---|
| ERIC DOUGLAS, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, | |
| Defendants. | |
| ANGEL BANUELOS, Individually and On Behalf of All Others Similarly Situated, | **Case No. 1:20-cv-21685-JEM** |
| Plaintiff, | |
| vs. | |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, | |
| Defendants. | |

**DECLARATION OF ADAM D. WARDEN IN SUPPORT OF MOVANT SIMON HURDUISE'S MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE SELECTION OF COUNSEL**

I, Adam D. Warden, hereby declare as follows:

1.      I am an attorney duly licensed to practice in the State of Florida and before this Court.  I am an attorney with Saxena White P.A., Proposed Liaison Counsel for Lead Plaintiff Movant Simon Hurduise ("Movant").  I make this Declaration in support of the motion by Movant for appointment as Lead Plaintiff and for approval of selection of The Rosen Law Firm, P.A. as Lead Counsel and Saxena White P.A. as Liaison Counsel.  I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice issued notifying investors of the pendency of this Action.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Saxena White P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2020 at Boca Raton, FL

*/s/ Adam D. Warden*
Adam D. Warden

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Adam D. Warden</u>
Adam D. Warden
