# EXHIBIT 3

**Norwegian Cruise Line Holdings Ltd. Loss Chart**
**Class Period: February 20, 2020 through March 12, 2020**

**Lookback Price**
$11.66

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Simon, Hurduise | 3/4/2020 | 100 | ($33.00) | ($3,300.00) | | | | | | | |
| | 3/4/2020 | 400 | ($32.00) | ($12,800.00) | | | | | | | |
| | 3/5/2020 | 500 | ($31.00) | ($15,500.00) | | | | | | | |
| | 3/5/2020 | 500 | ($29.80) | ($14,900.00) | | | | | | | |
| | 3/5/2020 | 500 | ($29.50) | ($14,750.00) | | | | | | | |
| | 3/5/2020 | 500 | ($28.50) | ($14,250.00) | | | | | | | |
| | 3/6/2020 | 998 | ($27.00) | ($26,946.00) | | | | | | | |
| | 3/9/2020 | 1000 | ($20.00) | ($20,000.00) | | | | | | | |
| | 3/11/2020 | 1000 | ($17.00) | ($17,000.00) | | | | | | | |
| | | 5498 | | ($139,446.00) | | | | | 5498 | $64,101.18 | ($75,344.82) |