UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-21107-SCOLA

| | |
|---|---|
| ERIC DOUGLAS, Individually and On Behalf of All Others Similarly Situated, ) | CLASS ACTION |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, ) | |
| ) | |
| Defendants. ) | |

Case No. 1:20-cv-21685-MARTINEZ

| | |
|---|---|
| ANGEL BANUELOS, Individually and On Behalf of All Others Similarly Situated, ) | CLASS ACTION |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING DAT N. LE'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT DAT N. LE AS LEAD PLAINTIFF, AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

Movant, Dat N. Le, hereby gives notice that he is filing with the Court Dat N. Le's Motion to Consolidate Related Actions, Appoint Dat N. Le as Lead Plaintiff, and Approve Proposed Lead Plaintiff's Choice of Counsel, a Memorandum in Support, and a Declaration and the Exhibits it references, all of which are filed in support of his Motion, pursuant to Section

1

21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995.

DATED: May 11, 2020          Respectfully submitted,

By: /s/*David J. George*
DAVID J. GEORGE (Trial Counsel)
Florida Bar No.: 898570
dgeorge@4-justice.com
GEORGE GESTEN MCDONALD, PLLC
9897 Lake Worth Road
Suite 302
Lake Worth, FL 33463
Telephone: 561-232-6002
Facsimile: 561-421-4173

*Counsel for Movant Dat N. Le*

LEWIS S. KAHN
(Louisiana Bar # 23805)
(*pro hac vice application to be filed*)
MELINDA A. NICHOLSON
(Louisiana Bar # 32911)
(*pro hac vice application to be filed*)
MICHAEL J. PALESTINA
(Louisiana Bar # 31907)
(*pro hac vice application to be filed*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Lewis.Kahn@ksfcounsel.com
Melinda.Nicholson@ksfcounsel.com
Michael.Palestina@ksfcounsel.com

*Counsel for Movant Dat N. Le*

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants known by counsel at the time of this filing.

/s/*David J. George*
DAVID J. GEORGE

3