**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:20-cv-21107-SCOLA**

| | | |
|---|---|---|
| **ERIC DOUGLAS, Individually and On Behalf of All Others Similarly Situated,** | ) ) ) | **CLASS ACTION** |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | |
| **NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,** | ) ) ) ) | |
| **Defendants.** | ) ) ) ) | |

**Case No. 1:20-cv-21685-MARTINEZ**

| | | |
|---|---|---|
| **ANGEL BANUELOS, Individually and On Behalf of All Others Similarly Situated,** | ) ) | **CLASS ACTION** |
| **Plaintiffs,** | ) | |
| vs. | ) ) | |
| **NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,** | ) ) ) ) | |
| **Defendants.** | ) ) ) ) | |

**DECLARATION OF DAVID J. GEORGE IN SUPPORT OF DAT N. LE'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT DAT N. LE AS LEAD PLAINTIFF, AND APPROVE
<u>PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL</u>**

I, David J. George, hereby declare as follows:

1. I am a Managing Member of George Gesten McDonald, PLLC ("GGM").

2.    Movant Dat N. Le ("Mr. Le" or "Movant") seeks appointment as Lead Plaintiff pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") in the above-captioned actions (the "Actions").

3.    I submit this Declaration, together with the attached exhibits, in support of Mr. Le's Motion to (1) consolidate related actions, (2) appoint Movant as Lead Plaintiff on behalf of the Class, and (3) to approve his selection of Kahn Swick & Foti, LLC, as Lead Counsel and GGM as Liaison Counsel for the Class. I am fully familiar with the facts set forth herein.

4.    Attached hereto as Exhibits are true and correct copies of the following:

Exhibit 1:    Sworn Certification of Dat N. Le along with a detailed listing of his transactions in Norwegian Cruise Line Holdings Ltd. ("Norwegian" or the "Company") securities from February 20, 2020 through March 12, 2020, inclusive.

Exhibit 2:    Loss Chart of Dat N. Le reflecting his transactions in Norwegian securities from February 20, 2020 through March 12, 2020, inclusive.

Exhibit 3:    Published Notice on *Businesswire* on March 12, 2020 of the first securities class action complaint filed against Norwegian in the United States District Court for the Southern District of Florida.

Exhibit 4:    Firm Resume for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

Exhibit 5:    Firm Resume for Proposed Liaison Counsel, George Gesten McDonald, PLLC.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 11th day of May, 2020, at Lake Worth, Florida.

*s/ David J. George*
DAVID J. GEORGE

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

/s/*David J. George*
DAVID J. GEORGE

3