# EXHIBIT 2

**Norwegian Cruise Line Holdings Ltd. Securities Litigation (NYSE: NCLH)**
**LOSS CHART**

| | |
|---|---|
| **Class Period Begins:** | 2/20/2020 |
| **Class Period Ends:** | 3/12/2020 |
| **90-Day Ends:** | 6/10/2020 **Not yet expired** |
| **Mean Trading Price:** | **11.65899998** |

| DATE: | TRANSACTION: | QUANTITY: | UNIT PRICE: | TOTAL (COST): | DATE: | TRANSACTION: | QUANTITY: | UNIT PRICE: | TOTAL PROCEEDS: | TOTAL GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2020 | BOUGHT | 3,100 | $ 39.00 | $ (120,900.00) | | HELD* | (3,100) | 11.65899998 | $ 36,142.90 | $ (84,757.10) |
| 2/26/2020 | BOUGHT | 84 | $ 38.00 | $ (3,192.00) | | HELD* | (84) | 11.65899998 | $ 979.36 | $ (2,212.64) |
| | | | | | | | | | **TOTAL LOSSES: $** | **(86,969.74)** |

**HELD*** = For shares purchased during the class period and held during the 90-day period immediately thereafter, damages have been determined using the "mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C. § 78u–4(e)(1).