# EXHIBIT 5



## Florida

9897 Lake Worth Rd

Suite 302

Lake Worth, FL 33467

## Virginia

5516 Falmouth St

Suite 108

Richmond, Virginia 23230

## New York

200 Park Avenue

Suite 1700

New York, New York 10166

## Guangzhou, China
## Affiliated Office

14/F, Industrial Bank Building,

No. 101, Tianhe Road, Guangzhou

Toll Free: (833) 346-3587

Phone: (561) 232-6002

Fax: (888) 421-4173

www.4-Justice.com

George □ Gesten □ McDonald PLLC

## The Firm

The mission of George Gesten McDonald PLLC ("GGM" or "the Firm") is to provide the highest quality legal service to our clients, taking a heartfelt and genuine interest in their circumstances, while offering creative fee agreements in order to provide access to justice for everyone.

We are dedicated to these values**: We will work aggressively, relentlessly and with integrity to represent those who need us**. In addition to the variety of legal services we provide (securities and consumer class actions, EB-5 fraud litigation, business litigation, personal injury,  consumer rights, landlord/tenant litigation, mortgage litigation, and the like), our passion is helping victims of fraud.

**We aim to serve those taken advantage of, wronged or exploited who turn to us for help with a level of service, excellence, encouragement, respect and strength,** backed by collectively over seven decades of legal experience, success and results.

We embrace and encourage diversity among our lawyers and staff and respect the differences among us and our communities. We will always conduct ourselves and our firm through an uncompromising dedication to the highest ethical standards, while maintaining a profitable business enterprise with an impeccable reputation. Our firm will give back to our community in many ways and we will pursue our belief that individuals with a sense of family and community, and with interests outside of the practice of law, are better for it.

## Attorneys

### MEMBERS

**David J. George, Managing Member**

David J. George earned his Bachelor of Arts degree in Political Science from the University of Rhode Island, *summa cum laude*.  David then graduated at the top of his class at the University of Richmond School of Law.  At the University of

2

George☐Gesten☐McDonald PLLC

Richmond, David was a member of the Law Review, was the President of the McNeill Law Society, and earned numerous academic awards, including outstanding academic performance in each of his three years there and outstanding graduate.

Before founding and becoming the Managing Member of the Firm, David, who is AV rated by Martindale-Hubbell (the highest rating available), was a partner in one of the largest class action firms in the world.  David, a zealous advocate of shareholder, consumer and EB-5 investor rights, has been lead and/or co-lead counsel with respect to various securities class action matters throughout the United States, including:  In re Cryo Cell Int'l, Inc. Sec. Litig. (M.D. Fla.) ($7 million settlement); In re TECO Energy, Inc. Sec. Litig. (M.D. Fla.) ($17.35 million settlement); Baxter Int'l (N.D. Ill.) ($42.5 million settlement); In re Newpark Res., Inc. Sec. Litig. (E.D. La.) ($9.24 million settlement); In re Mannatech, Inc. Sec. Litig. (N.D. Tex.) ($11.5 million settlement); In re Gilead Sec. Litig. (N.D. Cal.) ($8.25 million settlement); and In re R.H. Donnelly (D. Del.) ($25 million settlement).  David has also acted as lead counsel in numerous consumer class actions nationwide, including  Lewis v. Labor Ready, Inc. ($11 million settlement); In re Webloyalty, Inc. Mktg. & Sales Practices Litig. (D. Mass.) ($10 million settlement); and In re Navisite Migration Litig. (D. Md.) ($1.7 million settlement).  David was also a member of the litigation team that secured a $925 million settlement in In re UnitedHealth Grp. Inc. PSLRA Litig. D. Minn.) ($925.5 million settlement).  The UnitedHealth Group settlement was the largest stock options backdating case in history.

He is the Chair of the Firm's EB-5 Practice Group and a member of the Firm's Class Action and Commercial Litigation Practice Groups  David recently served as lead counsel in two of the Firm's EB-5 cases involving the Palm House Hotel at 160 Royal Palm Way in Palm Beach, Florida.  The litigation is entitled Lan Li, et al. v. Joseph Walsh, *et al.*, 16-cv-81871-KAM (S.D. Fla). and Lan Li, et al. v. PNC Bank, N.A. and Ruben Ramirez, 9:19-cv-80332-KAM (S.D. Fla) and GGM served as Lead Counsel for the Palm House EB-5 Investors.  The EB-5 program allows foreign nationals who invest at least $500,000 in a U.S. business and create 10 jobs for qualified U.S. workers to obtain green cards.  Through the EB-5 program, Defendants collected $44 million from at least 88 foreign investors who sought to obtain green cards, promising to use the funds for the acquisition, development, and operation of the Palm Beach Hotel in Palm Beach, Florida.  The Palm House EB-5 Investors allege

3

George☐Gesten☐McDonald PLLC

that that foreign investors lost approximately $50 million in the Palm House Hotel EB-5 hotel scam, after Defendants and their related entities used the funds meant for the Palm House Hotel Project to pay for lavish personal expenses.  David consults with EB-5 investors from all over the world, including China, South America, India, and Vietnam and lectures on EB-5 related topics during his travels.  David's EB-5 practice includes projects in various cities across the U.S.

David also spent more than a decade as a commercial litigator with two of the largest corporate law firms in the United States.  During that time, David aggressively prosecuted and defended a wide array of complex commercial litigation matters, including securities class action matters, non-compete litigation, fraud claims, and real estate-based litigation matters.  He is a member of the National Association of Shareholder and Consumer Attorneys.

David has been named as one of Florida's Most Effective Corporate/Securities Lawyers and was the only plaintiffs' securities class action counsel recognized.  He has a nationwide practice and successfully prosecutes commercial litigation and fraud cases throughout the U.S.

**Lori G. Feldman**

Lori G. Feldman is the Chair of GGM's Class Action Practice Group, Managing Partner of the Firm's New York office, and a member of the Firm's EB-5 and Commercial Litigation Practice Groups.  She earned her Bachelor of Arts degree in Criminal Justice from the State University of New York at Albany, *magna cum laude*, where she was awarded the Signum Laudis graduate school honors scholarship.  Lori earned her Juris Doctor degree upon graduating from Albany Law School of Union University, where she served as a member of the Albany Law Review and was a winner of the school's first year law review student writing competition.

Prior to joining the Firm, Lori was a Partner in one of the largest class action firms in the country, a Partner in a prestigious securities and consumer class action firm, and Of Counsel to one of the most tenacious criminal and civil litigation boutiques in the United States.  From 2011 to 2018, Lori was named a New York Metro Super Lawyer. As a young lawyer, she was named a Rising Star in New York and Washington State.

4

George□Gesten□McDonald PLLC

Lori is a daughter of retired public employees and is a tireless advocate of public and private investors, shareholders and consumers. Lori's grandparents immigrated through Ellis Island in New York City, where she was born and raised.

She takes great pride in representing EB-5 and other investors, consumers, and plaintiffs in cases involving corporate fraud and deceptive practices. Lori has obtained class and individual recoveries in excess of $250 million.

She has litigated and successfully settled class actions against some of the largest and most well-funded corporate defendants in the nation, including but not limited to:

- Swisher International, Inc. (consumer fraud class action)

- Century Link, Inc. (consumer fraud class action)

- Bernard L. Madoff LLC (securities fraud)

- Equifax (consumer fraud class action)

- Porsche Cars North America (consumer fraud class action)

- Washington Mutual (securities fraud class action)

- General Electric Co. (pension fraud class action)

- State Street (securities fraud class action)

- Macy's (pension fraud class action)

- Gilead Sciences (securities fraud class action)

- Amazon.com (consumer fraud class action)

- Citibank (consumer fraud)

- Oppenheimer Funds (securities fraud class action)

- ConAgra Foods (securities fraud class action)

- Boston Scientific, Inc. (pension fraud class action)

- Rhythms Net Connections (securities fraud class action)

- Textron, Inc. (securities fraud class action)

5

George ☐ Gesten ☐ McDonald PLLC

- AIG (securities fraud class action)

Lori recently successfully represented parties in litigation involving the co-founders of Big3 Basketball, LLC in the Southern District of New York.  She regularly advises clients in civil litigation matters involving corporate, business and consumer protection issues.

She is a member of the National Association of Shareholder and Consumer Attorneys, the New York and Washington State Bar Associations, and is bi-coastally licensed in New York and Washington State.

**Ryan D. Gesten**

Ryan D. Gesten, a founding member of George Gesten McDonald, is a skilled and experienced lawyer with nearly 20 years' experience in a wide array of matters.  He prides himself on learning about his clients' businesses in tremendous detail and is known as a zealous and aggressive advocate. He is the Chair of the Firm's Transactional Practice Group, Co-Chair of GGM's Commercial Litigation Group and is a member of the Firm's EB-5 and Class Action Practice Groups.

Ryan represents clients in complex commercial litigation matters, employment cases, trade secrets, trade dress, and non-compete cases as well as real estate-based litigation, insurance disputes, trust and estate litigation, and consumer and creditors' rights cases.   He also handles business formation and business combination matters on behalf of his diverse client base.

He litigates in federal and state courts throughout the State of Florida and his representative civil litigation results include the successful:  defense of a mortgage lender in an FDCPA action in the S.D. Fla (Ft. Lauderdale); negotiation of the release of a client's arrested vessel in the M.D. Fla (Tampa); and remand of a breach of contract action to state court in the M.D. Fla (Jacksonville).

Ryan is a Lecturer for the National Business Institute on FDCPA and collections issues for his series entitled Boost Your Bottom Line:  Your Guide to Effective Debt Collection in Florida.

6

George☐Gesten☐McDonald PLLC

Ryan attended college and law school at The University of Miami.  He earned his Bachelor of Arts in Marketing in 1997 and received his Juris Doctor degree from the School of Law in 2000.

**Christopher McDonald**

Christopher McDonald, a twenty-eight year trial lawyer and founding member of George Gesten McDonald, combines skills in business and accounting with insightful legal acumen to achieve outstanding results for his clients.  He works closely with clients in structuring their business operations, acquisitions and handling the day-to-day matters that business owners customarily face.

Chris maintains an active litigation practice representing clients in civil matters including business and contract disputes, real estate litigation, and a full range of domestic relations issues including divorce, support, custody and visitation. Further, he represents clients in non-litigation matters such as incorporating or organizing new businesses, business acquisitions, commercial real estate transactions and estate planning including the preparation of wills, trusts and other related documents. Chris is the Managing Partner of GGM's Virginia Office, the Co-Chair of the Commercial Litigation Practice Group, and a member of GGM's EB-5, Class Action, and Transactional Practice Groups.

**Matthew R. Chiapperini**

Matthew R. Chiapperini is a member of George Gesten McDonald and is the Chair of the Personal Injury Practice Group. He handles a wide variety of personal injury matters, ranging from automobile accidents and slip and falls to medical malpractice and wrongful death cases, obtaining millions of dollars in compensation for his clients in several counties across the State of Florida.

Matt's representative recoveries for plaintiffs in Florida include:

- Broward County –Plaintiff was an extremely handicapped adult who required constant nursing care.  His care nurse (hired through a nurse registry) took Plaintiff to her home and then proceeded to tend to her own personal chores. While he was under the nurse's care, Plaintiff

7

George☐Gesten☐McDonald PLLC

somehow procured, opened and drank bleach. The bleach caused 3rd degree chemical burns inside Plaintiff's mouth and esophagus. The nurse registry denied liability under independent contractor immunity and statutory protections provided by Florida law to nurse registries. Matt filed a medical malpractice lawsuit against the nurse registry and a premises liability claim against the nurse's homeowner's insurance. Through meticulous records reviews and favorable deposition testimony from both the nurse and owner of the nurse registry, Matt was able to defeat independent contractor immunity. He also argued that the homeowner's policy exclusion for business activity did not apply because the nurse was acting outside the scope authority of her job as a home health aide. The case settled at mediation for $250,000.

- Miami-Dade County- Plaintiff used the restroom at a well-known, national "big-box" store while shopping. When Plaintiff exited the bathroom stall he slipped on a puddle of water on the floor, causing him to suffer injuries for which surgery was required. Through deposing the store manager, Matt learned of an internal communication system for placing work orders, which led to a third-party plumbing company. Plumbing company records revealed a recurring leak in that restroom. The store failed to keep a maintenance log with respect to restroom inspection, cleaning and maintenance, which helped defeat their lack of notice argument. This case settled between mediation and trial for $225,000.

- Palm Beach County –The tractor made a right-hand turn from the left lane and struck Plaintiff who was traveling straight in the right lane. The accident happened outside of the tractor-trailer's home yard. It was a sideswipe style crash and the tractor-trailer pushed Plaintiff's car into a telephone pole. Matt immediately sent a litigation hold letter asking the owner to preserve all video footage that captured the accident. Plaintiff suffered injuries for which surgery was required. Defendant denied the claim on liability grounds, stating the truck's turn was proper under the circumstance for that type of vehicle. Matt obtained a copy of the video footage in discovery and consulted with a trucking industry expert to establish liability. Through deposing the defendant driver and comparing

8

George☐Gesten☐McDonald PLLC

his testimony to the video evidence, Matt established that the driver failed to follow many of the procedures that the driver learned in driving school for safely executing right turn while pulling a trailer. This case settled between mediation and trial for $475,000.

As a result of these and other successes, the Founding Members of the firm asked Matt to lead and build the Personal Injury Practice Group. Matt's powerful combination of compassion for his clients and aggressive pursuit of their claims ensures both his clients' personal and financial well-being are equal priorities. He is also a member of the Firm's EB-5, Commercial Litigation, and Class Action Practice Groups.

9