# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-21107-RNS |
| Plaintiff, | Judge Robert N. Scola, Jr. |
| v. | <u>CLASS ACTION</u> |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, | <u>ORAL ARGUMENT REQUESTED</u> |
| Defendants. | |
| ANGEL BANUELOS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-21685-JEM |
| Plaintiff, | Judge Jose E. Martinez |
| v. | |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, | |
| Defendants. | |

**DECLARATION OF BENJAMIN WIDLANSKI IN SUPPORT OF WILLIAM C. PERRY AND BRIAN MARK EDDY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS <u>LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Benjamin Widlanski, declare as follows:

I am a member in good standing of the bar of the State of Florida and am admitted to practice before this Court. I am a Partner at the law firm of Kozyak Tropin & Throckmorton LLP ("Kozyak Tropin & Throckmorton"), proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by proposed Lead Plaintiff William C. Perry ("Perry") and Brian Mark Eddy ("Eddy") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Perry and Eddy as Lead Plaintiff; (iii) approving Perry and Eddy's selection of Labaton Sucharow LLP ("Labaton Sucharow") and Bernstein Liebhard LLP ("Bernstein Liebhard") as Lead Counsel for the Class and Kozyak Tropin & Throckmorton as Liaison Counsel to the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A: Signed Certifications of Perry and Eddy, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B: Loss analysis for Perry and Eddy;

EXHIBIT C: Notice of pendency of *Douglas v. Norwegian Cruise Lines*, No. 20-cv-21107 (S.D. Fla.), published on March 12, 2020;

EXHIBIT D: Joint Declaration of Perry and Eddy;

EXHIBIT E: Firm Resume of Labaton Sucharow; and

EXHIBIT F: Firm Resume of Bernstein Liebhard.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED: May 11, 2020

Respectfully submitted,

*/s/ Benjamin Widlanski*

**KOZYAK TROPIN & THROCKMORTON LLP**
Benjamin Widlanski, Esq.
Florida Bar No. 1010644
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
bwidlanski@kttlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2020, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record.

*/s/ Benjamin Widlanski*
Benjamin Widlanski