**Exhibit A**

## CERTIFICATION

I, Captain William C. Perry, III, Retired, hereby certify as follows:

1.      I have reviewed a complaint filed against Norwegian Cruise Lines ("Norwegian") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      I did not transact in the securities of Norwegian at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      My transactions in Norwegian securities are reflected in Exhibit A attached hereto;

5.      I have not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

6.      Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___5/11/2020___ day of May, 2020.

DocuSigned by:

WC Perry III

ED8C343AC08D41A...

Captain William C. Perry, III, Retired

**EXHIBIT A**

**TRANSACTIONS IN NORWEGIAN CRUISE LINE HOLDINGS LTD.**

| Security | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost / Proceeds |
|---|---|---|---|---|---|
| NCLH Feb 21 '20 $47.50 Put | Purchase to Close | 02/21/20 | 29.00 | $0.45 | ($1,305.00) |
| NCLH Feb 21 '20 $47.50 Put | Purchase to Close | 02/21/20 | 50.00 | $0.45 | ($2,250.00) |
| NCLH Feb 21 '20 $47.50 Put | Purchase to Close | 02/21/20 | 168.00 | $0.40 | ($6,720.00) |
| NCLH Feb 21 '20 $47.50 Put | Purchase to Close | 02/21/20 | 28.00 | $0.40 | ($1,120.00) |
| | | | | | |
| | | | | | |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -97.00 | $0.95 | $9,215.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -1.00 | $0.97 | $97.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -6.00 | $0.95 | $570.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -2.00 | $0.95 | $190.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -51.00 | $0.95 | $4,845.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -1.00 | $0.95 | $95.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -13.00 | $0.95 | $1,235.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -2.00 | $0.95 | $190.00 |
| NCLH Mar 20 '20 $45 Put | Sale to Open | 02/21/20 | -27.00 | $0.95 | $2,565.00 |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/25/20 | 97.00 | $6.10 | ($59,170.00) |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/25/20 | 1.00 | $6.10 | ($610.00) |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/27/20 | 6.00 | $11.80 | ($7,080.00) |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/27/20 | 2.00 | $11.80 | ($2,360.00) |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/27/20 | 51.00 | $11.80 | ($60,180.00) |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/27/20 | 1.00 | $11.80 | ($1,180.00) |

2

| Security | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost / Proceeds |
|---|---|---|---|---|---|
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/27/20 | 13.00 | $11.80 | ($15,340.00) |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 02/27/20 | 2.00 | $11.80 | ($2,360.00) |
| NCLH Mar 20 '20 $45 Put | Purchase to Close | 03/09/20 | 27.00 | $25.20 | ($68,040.00) |

2

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

BRIAN MARK EDDY ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.  A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in NORWEGIAN CRUISE LINE HOLDINGS LTD. securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 4/26/2020 _____.

DocuSigned by:

Brian Mark Eddy

971B466DF18F4A2...

BRIAN MARK EDDY

## Attachment A
BRIAN MARK EDDY
Transactions in NORWEGIAN CRUISE LINE HOLDINGS LTD

| Transaction | Date | Number of Shares | Price |
|---|---|---|---|
| Purchase | 02/20/2020 | 1000 | 49.9000 |
| Purchase | 02/24/2020 | 1000 | 44.0500 |