**Exhibit B**

**LOSS ANALYSIS**
**Class Period: 2/20/2020 to 3/12/2020**

**Brian Mark Eddy**
**Norwegian Cruise Line Holdings Ltd. Common Stock**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| NCLH | G66721104 | B9CGTC3 | BMG667211046 | $11.6129 [1] |

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 02/20/20 | 0 | | |
| | | | | |
| Purchase | 02/20/20 | 1,000 | $49.9000 | ($49,900.00) |
| Purchase | 02/24/20 | 1,000 | $44.0500 | ($44,050.00) |
| *Class Period purchases:* | | *2,000* | | *($93,950.00)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | | | | |
| Sale | 05/05/20 | -2,000 | $11.7301 | $23,460.20 [2] |
| *Post-Class period sales (matched to class period purchases):* | | *-2,000* | | *$23,460.20* |

| | | | **LIFO Gain/(Loss):** | **($70,489.80)** |
|---|---|---|---|---|

**Captain William C. Perry, III, Retired**
**NCLH Mar 20 '20 $45 Put**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |

**LIFO**

| Transaction Type | Trade Date | Units | Price Per Unit | Cost/Proceeds |
|---|---|---|---|---|
| Open | 02/20/20 | 0 | | |
| | | | | |
| Short Sale | 02/21/20 | -97 | $0.9500 | $9,215.00 |
| Short Sale | 02/21/20 | -1 | $0.9700 | $97.00 |
| Short Sale | 02/21/20 | -6 | $0.9500 | $570.00 |
| Short Sale | 02/21/20 | -2 | $0.9500 | $190.00 |
| Short Sale | 02/21/20 | -51 | $0.9500 | $4,845.00 |
| Short Sale | 02/21/20 | -1 | $0.9500 | $95.00 |
| Short Sale | 02/21/20 | -13 | $0.9500 | $1,235.00 |
| Short Sale | 02/21/20 | -2 | $0.9500 | $190.00 |
| Short Sale | 02/21/20 | -27 | $0.9500 | $2,565.00 |
| *Class Period short sales:* | | *-200* | | *$19,002.00* |

[1] *Value of shares held is the mean trading price from 3/13/2020 to 5/11/2020.*
[2] *Pursuant to the PSLRA, the value for sales occurring during the 90-day lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*

| Transaction Type | Trade Date | Units | Price Per Unit | Cost/Proceeds |
|---|---|---|---|---|
| Cover Purchase | 02/25/20 | 97 | $6.1000 | ($59,170.00) |
| Cover Purchase | 02/25/20 | 1 | $6.1000 | ($610.00) |
| Cover Purchase | 02/27/20 | 6 | $11.8000 | ($7,080.00) |
| Cover Purchase | 02/27/20 | 2 | $11.8000 | ($2,360.00) |
| Cover Purchase | 02/27/20 | 51 | $11.8000 | ($60,180.00) |
| Cover Purchase | 02/27/20 | 1 | $11.8000 | ($1,180.00) |
| Cover Purchase | 02/27/20 | 13 | $11.8000 | ($15,340.00) |
| Cover Purchase | 02/27/20 | 2 | $11.8000 | ($2,360.00) |
| Cover Purchase | 03/09/20 | 27 | $25.2000 | ($68,040.00) |
| *Class Period cover purchases (matched to Class Period short sales):* | | *200* | | *($216,320.00)* |
| | | | **LIFO Gain/(Loss):** | **($197,318.00)** |

**Captain William C. Perry, III, Retired**
**NCLH Feb 21 '20 $47.50 Put**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Units | Price Per Unit | Cost/Proceeds |
| Open | 02/20/20 | -275 | | |
| Cover Purchase | 02/21/20 | 29 | $0.4500 | ($1,305.00) |
| Cover Purchase | 02/21/20 | 50 | $0.4500 | ($2,250.00) |
| Cover Purchase | 02/21/20 | 168 | $0.4000 | ($6,720.00) |
| Cover Purchase | 02/21/20 | 28 | $0.4000 | ($1,120.00) |
| *Class Period cover purchases (matched to pre-Class Period short sales):* | | *275* | | *($11,395.00)* |
| None | | 0 | | $0.00 |
| *Class Period short sales:* | | *0* | | *$0.00* |
| None | | 0 | | $0.00 |
| *Class Period cover purchases (matched to Class Period short sales):* | | *0* | | *$0.00* |
| | | | **LIFO Gain/(Loss):** | **$0.00** |
| | | | **Total LIFO Gain/(Loss):** | **($267,807.80)** |