UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>      Defendants. | Case No.  1:20-cv-21107-RNS<br><br><br>**NOTICE OF MOTION OF JOEL KEEFE AND CAMILLE PAGAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL** |
| ANGEL BANUELOS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>      Defendants. | Case No.  1:20-cv-21685-JEM |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Joel Keefe and Camille Pagan ("Movants"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Rule 42 of the Federal Rules of Civil Procedure, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Movants as Lead Plaintiffs on behalf of a class consisting of all persons and entities other than the above-captioned defendants who purchased or otherwise acquired the publicly traded securities of Norwegian Cruise Line Holdings Ltd. from February 20, 2020 through March 12, 2020, both dates inclusive; and (3) approving proposed Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel and Shepherd, Finkelman, Miller & Shah, LLP as Liaison Counsel for the Class.

Dated:  May 11, 2020

Respectfully submitted,

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein
Florida Bar Identification Number: 144088
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
1625 North Commerce Parkway,
Suite 320
Fort Lauderdale, FL 33326
Telephone: 954-515-0123
Facsimile: 866-300-7367
Email: jgoldstein@sfmslaw.com

*Counsel for Movants and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
James M. LoPiano
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jlopiano@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*