UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>Defendants.<br><br>ANGEL BANUELOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,<br><br>Defendants. | Case No.  1:20-cv-21107-RNS<br><br>**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF JOEL KEEFE AND CAMILLE PAGAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL**<br><br><br><br>Case No.  1:20-cv-21685-JEM |

I, Jayne A. Goldstein, hereby declare as follows:

1.     I am an attorney with Shepherd, Finkelman, Miller & Shah, LLP ("SFMS"), counsel on behalf of Joel Keefe and Camille Pagan (collectively, "Movants"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Movants' motion for consolidation of the above-captioned related actions (the "Related Actions"), Movants' appointment as Lead Plaintiffs for the Class, and approval of their selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and SFMS as Liaison Counsel for the Class.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Press release announcing the pendency of the first-filed of the Related Actions;

Exhibit B:     Shareholder Certifications executed by Movants;

Exhibit C:     Loss chart of Movants;

Exhibit D:     Joint Declaration executed by Movants;

Exhibit E:     Firm resume of Pomerantz; and

Exhibit F:     Firm resume of SFMS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 11, 2020, at Delray Beach, Florida.

/s/ Jayne A. Goldstein
Jayne A. Goldstein

1