# EXHIBIT C

**Norwegian Cruise Line Holdings, Ltd. (NCLH)**
**Class Period: February 20, 2020 to March 12, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 48-Day Mean Price $11.6590 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keefe, Joel | 3/2/2020 | 286 | $36.9000 | ($10,553) | 3/16/2020 | (1,000) | $11.6800 | $11,680 | | | |
| Keefe, Joel | 3/9/2020 | 224 | $22.6900 | ($5,083) | | | | | | | |
| Keefe, Joel | 3/9/2020 | 490 | $21.0199 | ($10,300) | | | | | | | |
| **Keefe, Joel** | | **1,000** | | **($25,936)** | | **(1,000)** | | **$11,680** | **1,000** | | **($14,256)** |
| **Pagan, Camille** | **3/6/2020** | **700** | **$27.3100** | **($19,117)** | | | | | **700** | **$8,161** | **($10,956)** |
| Summary | | | | | | | | | | | |
| Keefe, Joel | | 1,000 | | ($25,936) | | (1,000) | | $11,680 | 1,000 | | ($14,256) |
| Pagan, Camille | | 700 | | ($19,117) | | 0 | | $0 | 700 | | ($10,956) |
| **Total** | | **1,700** | | **($45,053)** | | **(1,000)** | | **$11,680** | **1,700** | | **($25,211)** |

*Avg Closing Prices from March 13 to May 8