# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF MOTION OF JOEL KEEFE AND CAMILLE PAGAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Joel Keefe and Camille Pagan, respectfully submit this Joint Declaration in support of our motion for consolidation, appointment as Lead Plaintiffs, and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Norwegian Cruise Line Holdings Ltd. ("Norwegian" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration.

2.      I, Joel Keefe, live in Andover, Massachusetts.  I have a master's degree and work in healthcare.  I am 34 years old and have been investing in the securities markets for 5 years.  As reflected in my Certification, I purchased Norwegian securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I, Camille Pagan, live in San Juan, Puerto Rico.  I have a Bachelor of Arts degree in advertising from Universidad del Sagrado Corazon and work in business consulting/sales.  I am 48 years old and have been investing in the securities markets for 4 years.  As reflected in my Certification, I purchased Norwegian securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.      We believe that the securities class action against Norwegian is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class.  Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b)

1

we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved Pomerantz LLP ("Pomerantz") as our designated lead counsel; and (d) we were aware of each other, had one another's contact information, and approved the filing of a motion on our behalves seeking appointment jointly as co-lead plaintiffs.

5.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equal to our losses incurred in connection with our class period purchases of Norwegian securities, calculated in terms of U.S. dollars.  We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

6.      We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz to serve as Lead Counsel.  Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, we believe that the firm is well-qualified to represent the Class.

7.      Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

5/11/2020 | 12:43 PM PDT

Executed this ___ day of May, 2020.

DocuSigned by:

*Joel Keefe*

89AF847397A440F...

Joel Keefe

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this _9_ day of May, 2020.

Camille Pagan

4