United States District Court
for the
Southern District of Florida

Eric Douglas, Plaintiff,                    )
                                            )
v.                                          )
                                            )  Civil Action No. 20-21107-Civ-Scola
                                            )
Norwegian Cruise Lines,                     )
Defendant.

## Order Consolidating Related Cases

The Court has conducted an independent review of record in cases 20cv21107 (the "Douglas Case") and 20cv21685 (the "Banuelos Case"). Both cases are federal securities class actions against Norwegian Cruise Lines and on behalf of certain shareholders of Norwegian Cruise Lines. Both cases bring two claims for violations of the Securities Exchange Act of 1934: one under Section 10(b) and Rule 10b-5, and another under 20(a). Federal Rule of Civil Procedure 42 provides a mechanism to consolidate actions that involve common questions of law or fact.

The Douglas Case and the Banuelos Case share common questions of law and fact, as both assert the same causes of action against the same defendant, and allege liability based on the same underlying events. Thus, the Court finds that the cases should be consolidated for purposes of discovery and trial.

Accordingly, the Court **orders** as follows:

1. *Banuelos v. Norwegian Cruise Lines* (Case No. 20cv21685) is **consolidated** with *Douglas v. Norwegian Cruise Lines* (Case No. 20cv21107).  **All future filings in these actions must be filed in case number 20cv21107**.

2. The Clerk will **administratively close** *Banuelos v. Norwegian Cruise Lines* (Case No. 20cv21685).

**Done and ordered**, in chambers at Miami, Florida, on May 12, 2020.

_____
Robert N. Scola, Jr.
United States District Judge