UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21107-Civ-SCOLA
(Consolidated with No. 20-21386 and 20-21685)

ERIC DOUGLAS, Individually and on Behalf )    CLASS ACTION
of All Others Similarly Situated,                      )
                                                                        )
                                             Plaintiff,            )
                                                                        )
            vs.                                                     )
                                                                        )
NORWEGIAN CRUISE LINES, et al.,              )
                                                                        )
                                        Defendants.            )
                                                                        )
_____ )

**SUPPLEMENTAL DECLARATION OF SABRINA E. TIRABASSI IN SUPPORT OF
EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 PENSION TRUST FUND'S
MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF**

Sabrina E. Tirabassi declares, under penalty of perjury:

1.      I am an attorney with Robbins Geller Rudman & Dowd LLP, proposed Lead Counsel for Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund ("Pension Trust Fund").  I submit this Declaration in support of the Pension Trust Fund's Memorandum of Law in Opposition to Competing Motions for Appointment as Lead Plaintiff.

2.      Attached hereto as Exhibit 1 is a true and accurate copy of the Indictment issued against William C. Perry, III ("Perry") on December 13, 2018 in *United States v. Perry*, No. 1:18-cr-00194-SOM (D. Hi.).

3.      Attached hereto as Exhibit 2 is a true and accurate copy of the Memorandum of Plea Agreement agreed to by Perry on September 16, 2019.

4.      Attached hereto as Exhibit 3 is a true and accurate copy of the Judgment in a Criminal Case adjudicating and sentencing Perry on March 16, 2020.

 Dated: May 26, 2020

_s/ Sabrina E. Tirabassi_
SABRINA E. TIRABASSI
(Florida Bar No. 0025521)

- 1 -

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 26, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

*s/ Sabrina E. Tirabassi*
SABRINA E. TIRABASSI
(Florida Bar No. 0025521)
