# EXHIBIT 1

ORIGINAL

KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:  gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 13 2018

at 4 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. **CR 18 - 00 194 SOM** |
| | ) |
| Plaintiff, | ) INDICTMENT |
| | ) |
| vs. | ) [31 U.S.C. § 5324(a)(3)] |
| | ) |
| WILLIAM C. PERRY, III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

INDICTMENT

The Grand Jury charges:

## Structuring
## (31 U.S.C. § 5324(a)(3))

On or about and between September 30, 2013 and January 10, 2014, both dates being approximate and inclusive, within the District of Hawaii, WILLIAM C. PERRY, III, the defendant, did knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a) and the regulations promulgated thereunder, structure the following transactions with domestic financial institutions:

| Date | Time | Deposit | Institution |
|------|------|---------|-------------|
| September 30, 2013 | 9:43 a.m. | $9,500.00 | Bank of Hawaii |
| October 4, 2013 | 4:00 p.m. | $2,000.00 | Bank of Hawaii |
| October 8, 2013 | 4:16 p.m. | $9,500.00 | Bank of Hawaii |
| October 8, 2013 | 4:49 p.m. | $9,500.00 | Navy Federal Credit Union |
| October 10, 2013 | 12:11 p.m. | $5,000.00 | Bank of Hawaii |
| October 10, 2013 | 12:49 p.m. | $7,000.00 | Navy Federal Credit Union |
| October 31, 2013 | 4:42 p.m. | $2,000.00 | Navy Federal Credit Union |
| October 31, 2013 | 4:46 p.m. | $7,500.00 | Navy Federal Credit Union |
| November 5, 2013 | 2:35 p.m. | $9,000.00 | Bank of Hawaii |
| November 5, 2013 | 3:13 p.m. | $9,500.00 | Navy Federal Credit Union |

2

| November 12, 2013 | 11:25 a.m. | $9,500.00 | Bank of Hawaii |
|---|---|---|---|
| November 12, 2013 | 12:07 pm | $9,500.00 | Navy Federal Credit Union |
| November 20, 2013 | 3:49 p.m. | $9,500.00 | Bank of Hawaii |
| November 20, 2013 | 4:44 p.m. | $9,500.00 | Navy Federal Credit Union |
| November 25, 2013 | 3:28 p.m. | $9,500.00 | Bank of Hawaii |
| November 25, 2013 | 4:01 p.m. | $9,500.00 | Navy Federal Credit Union |
| November 27, 2013 | 2:21 p.m. | $9,800.00 | Bank of Hawaii |
| November 27, 2013 | 2:55 p.m. | $9,800.00 | Navy Federal Credit Union |
| December 2, 2013 | 2:27 p.m. | $9,700.00 | Bank of Hawaii |
| December 2, 2013 | 3:12 p.m. | $9,800.00 | Navy Federal Credit Union |
| December 4, 2013 | 4:13 p.m. | $9,500.00 | Bank of Hawaii |
| December 4, 2013 | 4:52 p.m. | $9,500.00 | Navy Federal Credit Union |
| December 10, 2013 | 3:24 p.m. | $9,800.00 | Bank of Hawaii |
| December 10, 2013 | 4:06 p.m. | $9,800.00 | Navy Federal Credit Union |
| December 12, 2013 | 11:36 a.m. | $9,800.00 | Bank of Hawaii |
| December 12, 2013 | 12:11 p.m. | $9,700.00 | Navy Federal Credit Union |
| December 18, 2013 | 1:12 p.m. | $9,800.00 | Bank of Hawaii |
| December 18, 2013 | 2:22 p.m. | $9,800.00 | Navy Federal Credit Union |

| December 20, 2013 | 1:19 p.m. | $9,250.00 | Bank of Hawaii |
|---|---|---|---|
| December 20, 2013 | 2:52 p.m. | $9,900.00 | Navy Federal Credit Union |
| December 24, 2013 | 12:57 p.m. | $8,500.00 | Bank of Hawaii |
| December 24, 2013 | 1:26 p.m. | $9,500.00 | Navy Federal Credit Union |
| December 27, 2013 | 3:04 p.m. | $9,850.00 | Bank of Hawaii |
| December 27, 2013 | 3:57 p.m. | $5,000.00 | Navy Federal Credit Union |
| December 27, 2013 | 3:59 p.m. | $4,900.00 | Navy Federal Credit Union |
| December 31, 2013 | 2:06 p.m. | $9,850.00 | Bank of Hawaii |
| December 31, 2013 | 2:51 p.m. | $9,000.00 | Navy Federal Credit Union |
| January 3, 2014 | 3:48 p.m. | $9,000.00 | Bank of Hawaii |
| January 3, 2014 | 5:01 p.m. | $9,000.00 | Navy Federal Credit Union |
| January 6, 2014 | 6:58 p.m. | $6,000.00 | Bank of Hawaii |
| January 7, 2014 | 3:33 p.m. | $7,700.00 | Bank of Hawaii |
| January 8, 2014 | 2:44 p.m. | $9,000.00 | Navy Federal Credit Union |
| January 10, 2014 | 2:56 p.m. | $6,000.00 | Bank of Hawaii |
| | TOTAL | $366,750.00 | |

All in violation of Title 31, United States Code, Section 5324(a)(3) and 5324(d); Title 31, Code of Federal Regulations, Sections 1010.100(t), 1010.311, and 1010.313.

## **FORFEITURE ALLEGATION**

1. The allegations contained in all paragraphs of this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 31, United States Code, Section 5317.

2. The United States hereby gives notice to the defendant that, upon conviction of the offense in violation of Title 31, United States Code, Section 5324, charged in this Indictment, the United States will seek forfeiture, pursuant to Title 31, United States Code, Section 5317(c)(1), of any and all property, real or personal, involved in the offense and any property traceable thereto.

3. If, as a result of any act or omission of the defendant, any of the property described above in paragraph 2:

     a.     cannot be located upon the exercise of due diligence,

     b.     has been transferred or sold to, or deposited with, a third party,

     c.     has been placed beyond the jurisdiction of the court,

     d.     has been substantially diminished in value, or

e.    has been commingled with other property which cannot be

divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 31, United States Code, Section

5317(c)(1)(B), and Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of the defendant up to the value of the property described

above in paragraph 2.

DATED: December ⟨3 , 2018, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury
Foreperson, Grand Jury

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
GREGG PARIS YATES
Assistant United States Attorney

United States v. William C. Perry, III
Indictment
Cr. No.

6