UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ERIC DOUGLAS, Individually and on behalf
of all others similarly situated,

Plaintiff,

Civil Action No. 1:20-cv-21107-RNS

vs.

NORWEGIAN CRUISE LINES, FRANK J.
DEL RIO, and MARK A. KEMPA,

Defendants.

---

### DECLARATION OF HOWARD T. LONGMAN IN FURTHER SUPPORT OF MOTION OF ABRAHAM ATACHBARIAN FOR APPOINTMENT AS LEAD PLAINTIFF OF THE OPTIONS CLASS

Howard T. Longman declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Senior Attorney in the law firm of Stull, Stull & Brody in New York, New York, counsel for Movant Abraham Atachbarian.

2. I make this Declaration in further support of the motion by Abraham Atachbarian for appointment as Lead Plaintiff of the Options Class, and approval of his selection of Stull Stull & Brody as Lead Counsel of that Class.

3. Attached hereto as Exhibit A is a chart of movants for lead plaintiff in this action and their alleged respective damages.

4. Attached hereto as Exhibit B is a true and correct copy of Norwegian's Form 8-K filed with the Securities Exchange Commission on May 5, 2020.

5. Attached hereto as Exhibit C is a true and correct copy of the Norwegian's Form 10-

Q filed with the Securities Exchange Commission on May 15, 2020.

6.      Attached hereto as Exhibit D is a true and correct copy of Timber Hill LLC's Objection to Settlement and Plan of Allocation in *Valeant Pharms. Int'l, Inc. Secs. Litig.*, 15-cv-7658 (DNJ).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2020, in Livingston, New Jersey.

_____
Howard Longman