Movant Chart[1]

| Client(s) | Securities/Type | Loss |
|---|---|---|
| Tumurcuoglu | 2,300 common shares, purchased and sold after class period | $13,393.81 |
| Pagan and Keefe | Keefe: purchased 1,000 common shares & sold after class period; Pagan purchased 700 common shares and held | $25,211 |
| Myint | 2,398 common shares purchased during class period | $69,196.58 |
| Hurduise | 5,498 common shares purchased during class period and held | $75,344.82 |
| Le | 3,184 common shares purchased during class period and held | $86,969.74 |
| Perry/Eddy | **Perry: Purchase and sale of Options[2]** Eddy:  purchase of 2,000 common shares during class period | $267,807.80 |
| Employer-Teamsters Local Nos. 175 &505 Pension Trust Fund | Purchased 6,900 common shares during class period, and held | $136,074.40 |
| Atachbarian | **Purchase and sale of options** | $71,350 |

---

[1] Movants Le, Tumurcuoglu, Hurduise, Pagen and Keefe, and Myint are no longer seeking to be appointed lead plaintiff.
[2]  Options trade references are designated in bold.