**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-21107-RNS |
| Plaintiff, | Judge Robert N. Scola, Jr. |
| v. | CLASS ACTION |
| NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, | ORAL ARGUMENT REQUESTED |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF BENJAMIN WIDLANSKI**
**IN SUPPORT OF WILLIAM C. PERRY AND BRIAN MARK EDDY'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Benjamin Widlanski, declare as follows:

I am a member in good standing of the bar of the State of Florida and am admitted to practice before this Court. I am a Partner at the law firm of Kozyak Tropin & Throckmorton LLP ("Kozyak Tropin & Throckmorton"), proposed Liaison Counsel for the Class. I submit this supplemental declaration in support of the motion filed by proposed Lead Plaintiff William C. Perry ("Perry") and Brian Mark Eddy ("Eddy") for the entry of an Order: (i) appointing Perry and Eddy as Lead Plaintiff; (ii) approving Perry and Eddy's selection of Labaton Sucharow LLP ("Labaton Sucharow") and Bernstein Liebhard LLP ("Bernstein Liebhard") as Lead Counsel for the Class and Kozyak Tropin & Throckmorton as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through B are true and correct copies of the following documents:

EXHIBIT A: Firm resume of Bernstein Liebhard, which was omitted from Perry and Eddy's initial motion due to inadvertent error; and

EXHIBIT B: Stipulation and Order, *In re Netflix, Inc. Sec. Litig.*, No. 19-cv-04195-LHK (N.D. Cal. Jan. 31, 2020) (ECF No. 54).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


DATED: May 26, 2020

Respectfully submitted,

*/s/ Benjamin Widlanski*

**KOZYAK TROPIN &**
**THROCKMORTON LLP**
Benjamin Widlanski, Esq.
Florida Bar No. 1010644
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134

Telephone: (305) 372-1800
Facsimile: (305) 372-3508
bwidlanski@kttlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2020, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record.

*/s/ Benjamin Widlanski*
Benjamin Widlanski
