**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ERIC DOUGLAS, Individually and on behalf
of all others similarly situated,

Civil Action No. 1:20-cv-21107-RNS

        Plaintiff,

vs.

NORWEGIAN CRUISE LINES, FRANK J.
DEL RIO, and MARK A. KEMPA,

        Defendants.

---

**DECLARATION OF ABRAHAM ATACHBARIAN IN FURTHER
SUPPORT OF HIS MOTION TO BE APPOINTED CO-LEAD**

I, Abraham Atachbarian, pursuant to 28 U.S.C.§1746, declare as follows:

1.      I submit this declaration in further response to my motion to be appointed as co-lead of the above-captioned action, representing a class of option purchasers and put sellers.  I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in both Glendale, California and Lancaster, California, where I work in a civilian capacity at Edwards Air Force Base.

3.      I served in the United States Air Force from 1976 to 1980, achieving the rank of Sargent, E-4.

4.      Thereafter, I graduated from Wright State University, in Dayton, Ohio, in June 1982, with a degree in physics.  I subsequently obtained a master's degree in electrical engineering from the University of Southern California, in Los Angeles, in May 1988.

5.      I then worked at Hughes Aircraft Company as a member of its radar systems group.  In 1989, I commenced an over thirty year career as a civilian employee at Edwards Air Force Base, where I have been involved with the Small Business Innovation Research Program or SBIR for over twenty years.

1

6.      The SBIR program awards contracts and grants to small businesses which then perform research and development that is used by the U.S. Government in various fields such as energy, defense, and the environment.

7.      I have been trading securities, including options since at least 1983.  I am an assiduous follower of the stock market, and trade in the market virtually daily.

8.      I have a particular interest in the travel industry and a significant portion of my portfolio is invested in airline and cruise line companies, including Norwegian Cruise Lines ("Norwegian").  I perform my own analysis of these companies, as I did for Norwegian before I invested, and make my own trades through on-line platforms such as TD Ameritrade and E*Trade.

9.      I have a significant portfolio and believe that I am financially capable of acting as a co-lead plaintiff in this action.  Moreover, I travel extensively for both work and pleasure, often to Florida where this action is pending, and therefore, am willing to travel in order to participate in this action.

10.     Given my knowledge of the cruise line industry, my financial wherewithal, and my ability and willingness to travel, I am both capable and qualified to serve as a co-lead plaintiff in this action.

11.     Moreover, because of my significant losses and the fact that I believe that Norwegian failed to timely and fully disclose the truth about the impact of the current pandemic on its financial health, I am motivated to vigorously prosecute this action and to maximize the potential recovery for myself and for a class of options traders, particularly since I am aware that Norwegian recently announced that there is doubt about its ability to continue as a going concern.

12.     I have acted or attempted to act as a lead plaintiff in two other actions and thus, am aware of the fiduciary duties and responsibilities of someone acting in that capacity.

13.     In 2016, I commenced the action *Atachbarian Roth IRA v. Synutra International Inc.*, 16-cv-01302-UNA (D.Del.), which arose out of an unfair proxy and was subsequently resolved.  I also recently commenced an action arising from the Capital One Financial Corp., data breach, called *Atachbarian v. Capital One Financial Corp.*, 19-cv-06965 (C.D.Cal.), in which I am presently involved in discovery.

2

14.     I am therefore aware and have experience acting as a named plaintiff in a class action.

Pursuant to 28 U.S.C.§1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Dated:  May 28, 2020

*Abraham Atachbarian*

Abraham Atachbarian