UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  20-21107-CIV-SCOLA
(Consolidated with No. 20-21386 and 20-21685)

| | |
|---|---|
| ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA, <br><br> Defendants. | CLASS ACTION |

**DEFENDANTS' NOTICE OF FILING CORRECTED EXHIBIT**

Defendants Norwegian Cruise Line Holdings Ltd., Frank J. Del Rio and Mark A. Kempa ("Defendants"), by and through their undersigned counsel, hereby give notice of filing Corrected Exhibit 4 to the Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law (ECF No. 60). A copy of the corrected exhibit is attached as Exhibit 1.  Defendants hereby withdraw the previously-filed Exhibit 4.

Dated: September 15, 2020                        Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel:  (305) 374-8500
Fax:  (305) 789-7799

By: /s/Tracy A. Nichols
    Tracy A. Nichols (FBN 454567)
    tracy.nichols@hklaw.com
    Alex M. Gonzalez (FBN 991200)
    alex.gonzalez@hklaw.com
    Louise McAlpin (FBN 983810)
    louise.mcalpin@hklaw.com

1

Allison Kernisky (FBN 41160)
allison.kernisky@hklaw.com
Michael W. Glenn (FBN 1022871)
michael.glenn@hklaw.com

*Counsel for Defendants Norwegian Cruise Line Holdings Ltd., Frank J. Del Rio, and Mark A. Kempa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2020, I electronically filed the foregoing document with the clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Tracy A. Nichols
Tracy A. Nichols

#78355907_v1

2