UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-21107-CIV-SCOLA

ERIC DOUGLAS, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

NORWEGIAN CRUISE LINES, FRANK J. DEL RIO, and MARK A. KEMPA,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael Glenn, Esq., from the law firm of Holland & Knight LLP hereby appears as counsel on behalf of Defendants, Norwegian Cruise Lines, Frank J. Del Rio and Mark A. Kempa and requests that copies of all notices, pleadings and other papers served or filed in this action be furnished to him at the address shown below.

Dated:  September 18, 2020.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Counsel for Defendant Norwegian Cruise Lines, Frank J. Del Rio and Mark A. Kempa*
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel:  (305) 374-8500
Fax:  (305) 789-7799

By: /s/ Michael Glenn
    Tracy A. Nichols (FBN 454567)
    tracy.nichols@hklaw.com
    Alex Gonzalez (FBN 991200)
    alex.gonzalez@hklaw.com
    Louise McAlpin (FBN 983810)
    louise.mcalpin@hklaw.com
    Allison Kernisky (FBN 41160)
    Allison.kernisky@hklaw.com
    Michael Glenn (FBN 1022871)
    michael.glenn@hklaw.com

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 18, 2020, I electronically filed the foregoing document with the clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            /s/ Michael Glenn
                                            Michael Glenn